FILED
IN CLERKS OFFICE

2021 APR 16 AM 11: 26        4-8-21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk,

I'M Wrighting Requesting legal Representation For a Sentence Reduction Motion, under the Cares 3624(C) act / 3582(C). I have already been deemed Indigent by the Court In prior legal matters. under Case number 1:15CR10393-1. Thank you For your Attention on this matter.

Note: I have already Filed a Request to the warden at the Bop Facility I am currently housed at More Then 30 days ago, I have yet to get a Response. Under 3624(C) + 3582(C) 30 or more days without a Response From warden/Superintendent a Defendent can Then File with Court For a Sentence Reduction.

Sincerely

Timothy Fletcher
Reg# 98651-038

Timothy Fletcher #98651-038

Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA  171
12 APR 2021  PM 1  L

TO: United States District Court Clerk
John Joseph Moakley U.S.C.
1 Courthouse Way
Boston, MA 02210

APR 12 2021

Legal Mail

02210-302599